IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

FILED
AUG 2 3 2017
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CRIMINAL NO. 17-30147-MJR |
| | ) | |
| vs. | ) | |
| | ) | Title 18, United States Code, |
| MICHAEL B. STEPHENS, JR. | ) | Sections 2251(a) and (e) and 2253. |
| | ) | |
| Defendant. | ) | |

### INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

#### SEXUAL EXPLOITATION OF A MINOR

On or about November 23, 2016, in Monroe County, Illinois, within the Southern District of Illinois,

**MICHAEL B. STEPHENS, JR.,**

defendant herein, did knowingly employ, use, persuade, induce, entice, and coerce a minor, herein identified as Minor 1, to engage in sexually explicit conduct, and did attempt to do so, for the purpose of producing a visual depiction of such conduct, that being a digital recording with file name: .005.AVI, which visual depiction was produced using materials that had been mailed, shipped, and transported in interstate or foreign commerce, all in violation of Title 18, United States Code, Section 2251(a) and (e).

1

## COUNT 2

### SEXUAL EXPLOITATION OF A MINOR

On or about November 25, 2016, in Monroe County, Illinois, within the Southern District of Illinois,

**MICHAEL B. STEPHENS, JR.,**

defendant herein, did knowingly employ, use, persuade, induce, entice, and coerce a minor, herein identified as Minor 1, to engage in sexually explicit conduct, and did attempt to do so, for the purpose of producing a visual depiction of such conduct, that being a digital recording with file name: 20161123_023237.mp4, which visual depiction was produced using materials that had been mailed, shipped, and transported in interstate or foreign commerce, all in violation of Title 18, United States Code, Section 2251(a) and (e).

### FORFEITURE ALLEGATION

Upon conviction for the offenses charged, defendant, **MICHAEL B. STEPHENS, JR.,** shall forfeit to the United States, pursuant to Title 18, United States Code 2253, any and all material that contained any images of child pornography and any and all property used and intended to be used in any manner or part to commit and to promote the commission of the aforementioned offenses.

The property that is subject to forfeiture referred to above includes, but is not limited to, the following:

67 SD cards and any and all instrumentalities used in the commission of the offense.

A TRUE BILL

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

FOREPERSON

*[signature]*
DANIEL T. KAPSAK
Assistant United States Attorney

*[signature]*
DONALD S. BOYCE
United States Attorney

Recommended Bond: Detention