# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff*<br><br>v.<br><br>MICHAEL B. STEPHENS, JR.,<br>*Defendant(s)* | Case Number: 17-30147-MJR |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   MICHAEL B. STEPHENS, JR.   ,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
COUNT 1: 18 USC 2251(a) and (e) – Sexual Exploitation of a Minor

COUNT 2: 18 USC 2251(a) and (e) – Sexual Exploitation of a Minor

Date: August 23, 2017

*Issuing officer's signature*

City and state:   East St. Louis, Illinois

JUSTINE FLANAGAN, ACTING CLERK OF COURT
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

_____
*Printed name and title*

AO-442 (Rev. 11/11) Arrest Warrant  MODIFIED SDIL(2/2012)